IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL W. WOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-628-M |
| ) | |
| TRACY McCOLLUM, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On February 2, 2016, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied, with the exception of the unexhausted claims raised in Ground Six, which should be dismissed without prejudice. The parties were advised of their right to object to the Report and Recommendation by February 23, 2016. On February 23, 2016, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 26] issued by the Magistrate Judge on February 2, 2016;
(2) DENIES the Petition for Writ of Habeas Corpus, with the exception of the unexhausted claims raised in Ground Six;
(3) DISMISSES without prejudice the unexhausted claims raised in Ground Six of the Petition for Writ of Habeas Corpus; and
(4) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 29th day of February, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE